**Opinion issued September 26, 2017**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-17-00021-CV

—————————————

## IN RE EXPUNCTION

———————————————————————————————————

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-235247**

———————————————————————————————————

### MEMORANDUM OPINION

Appellant, L.M.R., proceeding pro se, has filed an unopposed "Amended Notice of Appeal and Notice, Motion, and Order to Withdraw[]," which we construe as a motion to dismiss this appeal. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1), (d). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Massengale, and Lloyd.